UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Crim. No. 05-215(EGS) |
| v. | ) ) |  |
| WAYNE MORRIS | ) ) ) |  |

**DEFENDANT'S MOTION FOR A CRIMINAL HISTORY
DETERMINATION AND OFFENSE LEVEL COMPUTATION**

Defendant, Wayne Morris, through undersigned counsel, respectfully moves the Court to order the United States Probation Office to complete a Criminal History determination and offense Level Computation pursuant to the United States Sentencing Commission Guideline Manual.

In support of this Motion, undersigned counsel states:

1.  Mr. Morris is before the Court charged in an indictment with violating 18 U.S.C. § 922(g)(1). Undersigned counsel has received discovery and has reviewed it with Mr. Morris. Mr. Morris understands his exposure for the instant offense with respect to the maximum term of incarceration, the applicable monetary fine, and the corresponding period of supervised release.

2.  Mr. Morris has indicated an interest in resolving his case through a plea. His interest in a plea is based, in part, on his understanding of the applicable guideline range pursuant to the United States Sentencing Guidelines. However, undersigned counsel was only able to provide Mr. Morris with a reasonable estimate of his guideline range for a conviction for the charged offense. Undersigned counsel, cannot under any circumstance guarantee Mr. Morris' final guideline range based on the applicable Base Offense Level and his Criminal History Category.

3.       In order for Mr. Morris to make an informed decision regarding what he will face pursuant to the United States Sentencing Guidelines, undersigned counsel requests the Court to order the United States Probation Office to A) determine Mr. Morris' Criminal History Category pursuant to U.S.S.G. § 4A1.1 and B) to determine Mr. Morris' Offense Level Computation if he were to be convicted for violating 18 U.S.C. § 922(g)(1).

4.       At the conclusion of the status hearing undersigned counsel spoke with Assistant United States Attorney, Ms. Tonya Sulia, who indicated that she did not oppose undersigned's request as it was stated in Court and that she had no need to see a copy of the request before filing it.

Wherefore, undersigned counsel respectfully requests that the Court order a Criminal History investigation that resolves any issue regarding Mr. Morris' Criminal History Category and a determination of his Base Offense Level pursuant to a conviction for a violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500