# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**UNITED STATES OF AMERICA**            )        **Crim. No. 05-215(EGS)**
                                        )
**v.**                                  )
                                        )
**WAYNE MORRIS**                        )
_____)

## ORDER

Upon consideration of defendant Wayne Morris' Motion for an order directing the United

States Probation Office to determine;

Mr. Morris' Criminal History Category Pursuant to U.S.S.G. § 4A1.1 and;

To calculate Mr. Morris' Offense Level Computation based on a conviction for violating 18

U.S.C. 922(g)(1), it is hereby

**ORDERED,** that the defendant's Motion is granted; and it is

**SO ORDERED**


_____                          _____
DATE                                 EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Tonya Sulia
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

United States Probation Office
333 Constitution Ave., NW
Washington, D.C. 20001