UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 04-215(EGS) |
| | : | |
| v. | : | |
| | : | |
| PRAVEENDRA DHINGRA, | : | |
| | : | |
| Defendant. | : | |

ORDER

Based on the government's representations, and good cause appearing therefor, it is this 21st day of July, 2005,

ORDERED that, the government's response to defendant's *amicus curiae* sentencing memorandum is due by August 29, 2005, defendant's *amicus curiae's* reply is due by September 26, 2005, and sentencing is scheduled for October 6, 2005, at 12:30 p.m.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

copies:

John Crabb Jr.
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530


Defendant's *Amicus Curiae* Counsel
A.J. Kramer, Esq.
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 2004

Brendan Harold, Esq.
4163 Chain Bridge Road
Fairfax, Virginia 22030