UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-215 (EGS) |
| | : | |
| v. | : | |
| | : | **FILED** |
| WAYNE MORRIS | : | JUL 21 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

After consideration of the oral motion of the defendant, Wayne Morris, by and through his attorney in open Court, the Court finds that for the reasons stated in Court on July 19, 2005, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speed trial, and accordingly it is this _21st_ day of _July_, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from July 19, 2005 to August 19, 2005 shall be excluded in computing the date for speedy trial in this case.

7/21/05
DATE

EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-215 (EGS) |
| | : | |
| v. | : | |
| | : | |
| WAYNE MORRIS | : | |

## ORDER

After consideration of the oral motion of the defendant, Wayne Morris, by and through his attorney in open Court, the Court finds that for the reasons stated in Court on July 19, 2005, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speed trial, and accordingly it is this __21st__ day of __July__, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from July 19, 2005 to August 19, 2005 shall be excluded in computing the date for speedy trial in this case.

__7/21/05__
DATE

_____
EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE