UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-215 (EGS)
)
Wayne Morris )
Defendant. )
)

FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Wayne Morris _____ at Central Treatment Facility until further Order of this Court.

10/28/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE