**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES
        Plaintiff,

    vs.                                  Criminal No. 05-215  (EGS)
WAYNE MORRIS
        Defendant.
_____/
```

**ORDER**

On **NOVEMBER 15, 2005**, the defendant pled guilty to Count One of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **FEBRUARY 15, 2006**; defendant's memorandum of law, if any shall be filed by no later than **MARCH 1, 2006**; the Government's memorandum of law, if any shall be filed by no later than **MARCH 15, 2006,** a reply, if any, shall be filed by no later than **MARCH 21, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #1, 2nd  Floor on **APRIL 20, 2006 AT 11:00 A.M.**

IT IS SO ORDERED.

DATE SIGNED: November 15, 2005
                              EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE