UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-215 (EGS)
)
Wayne Morris )
)
      Defendant. )
)

**FILED**
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Wayne Morris _____ at Central Treatment Facility until further Order of this Court.

11/15/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE