

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 17, 2005

United States District Court for the District of Columbia
Attn: Clerk's Office
333 Constitution Avenue; N.W.
Washington, D.C. 20001

    Re:    Notification of Updated Office Information

Dear Clerk of the Court:

    Per your request, I am writing this letter to inform you of the changes of my office information that you have on file. My room number should now be listed as Room 4243 and my telephone number should read 202-305-2195. Please note the following dockets of this change:

    United States v. Ronald Booker; CR: 05-280 (CKK)
    United States v. Darius Boykins; Cr: 05-390 (EGS)
    United States v. Jose Diaz, Cr: 04-450 (CKK)
    United States v. Eric Ginyard, Cr: 05-360 (HHK)
    United States v. Howard Lawrence, Cr: 04-241 (EGS)
    United States v. Ralph Price, Cr: 05-195 (JR)
    United States v. Thomas Lucas, Cr: 03-400 (PLF)
    United States v. Wayne Morris, Cr: 05-215 (EGS)
    United States v. Christopher Riley, Cr: 02-314 (JDB)
    United States v. Carlos Sandoval, Cr: 05-15 (RBW)
    United States v. James Stephens, Cr: 05-41 (ESH)
    United States v. Damani Williams, Cr: 05-238 (JDB)
    United States v. John Gillums, Cr: 04-0176 (RMU)

Should you have any questions or need additional information on this matter please do not hesitate to call me at the number listed above or my legal assistant, Mrs. Mia Beamon, at 202-616-3387

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Michael Harvey
Assistant United States Attorney
Federal Major Crimes, Bar No. 447-465
555 4th Street, NW, Room 4243
Washington, DC 20530
202-305-2195