UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No. 05-215(EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| **WAYNE MORRIS** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO
FILE SENTENCING MEMORANDUM**

Defendant, Wayne Morris, through undersigned counsel, respectfully moves the Court to extend the Time in which to file his Sentencing Memorandum.

In support of this Motion, undersigned counsel states:

1. Mr. Morris is before the Court pending his Sentencing Hearing which has been rescheduled for April 27, 2006 at 11:00 a.m. On November 15, 2005 the Court scheduled defendant's submission of his sentencing memorandum by February 15, 2006.

2. Recently, undersigned was provided with information regarding the arrest of Mr. Morris that took place on February 11, 2005. Mr. Morris was charged with Possession with Intent to Distribute Marijuana. As a result of Mr. Morris' arrest the government obtained a search warrant for the apartment where he was residing. The execution of the search warrant resulted in the recovery of a gun which is the basis of the instant charge and plea before the Court.

3. Undersigned wants to present the information to the Court for its consideration in Mr. Morris' sentencing. At this time undersigned counsel does not have all the relevant information but anticipates receiving it within three weeks. Undersigned wants to include the information in Mr.

Morris' sentencing memorandum.

4. Undersigned counsel is asking the Court to extend Mr. Morris' filing deadline to March 27, 2006 which is a month before the scheduled Sentencing Hearing of April 27, 2006.

Wherefore, undersigned counsel respectfully requests that the Court extend Mr. Morris' Sentencing Memorandum filing deadline to March 27, 2006.

                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    _____
                    Carlos J. Vanegas
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W.
                    Washington, D.C. 20004
                    (202) 208-7500