UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 05-215(EGS) |
| v. | ) | |
| WAYNE MORRIS | ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's motion to Extend his Filing Deadline to submit his Sentencing Memorandum, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Defendant's Sentencing Memorandum shall be submitted no later than March 27, 2006

**SO ORDERED**

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

G. Michael Harvey
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Valencia Fletcher,
United States Probation Officer
333 Constitution Ave.