UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.05-215 (EGS) |
| : | |
| **v.** : | |
| : | |
| **WAYNE MORRIS,** : | |
|     **defendant.** : | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**<u>SENTENCING MEMORANDUM</u>**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to extend the time in which to file its sentencing memorandum, and adjust the briefing schedule accordingly, and states further as follows:

    1.    The defendant is presently before the Court pending his Sentencing Hearing which has been scheduled for April 27, 2006 at 11:00 a.m.  On November 15, 2006, this Court set a briefing schedule for sentencing memorandum as follows:  the defendant's memorandum of law, if any, was to be filed by no later than March 1, 2006; the Government's memorandum of law, if any, was to be filed by no later than March 15, 2006; and a reply, if any, was to be filed by no later than March 21, 2006.

    2.    On March 3, 2006, the Court granted the defendant's request for an enlargement of time until March 27, 2006 to file his initial memorandum of law.  The defendant's request did not include a request that the entire briefing schedule be extended to allow for the additional time the defendant requested to file his initial memorandum.  The government now requests in this motion that the briefing schedule be so amended by the Court.  The initial briefing schedule anticipated that the government would respond to whatever arguments the defendant raises in his

initial memorandum.[1]  The government continues to believe that that approach would best illuminate the sentencing issues for the Court.   Accordingly, the government requests that the original briefing schedule be altered to account for the extension of time granted the defendant to file his initial memorandum.  The attached proposed order allows for the same spacing between the parties' briefs as was allowed in the initial briefing schedule.

2. Undersigned counsel has discussed this request with counsel for the defendant, Carlos Venegas, and Mr. Venegas has indicated that the defense consents to this request.

WHEREFORE, for the reasons stated above, the government respectfully requests that the Court extend the time in which to file the government's sentencing memorandum, and adjust the briefing schedule accordingly.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN
                                            United States Attorney
                                            Bar No. 451058


                                            _____/s/_____
                                            G. MICHAEL HARVEY
                                            ASSISTANT UNITED STATES ATTORNEY
                                            D.C. Bar No. 447465
                                            555 4th St., N.W., Room 4243
                                            Washington, DC 20530
                                            Phone: (202) 305-2195; Fax: (202) 514-6010

---

[1] The Government understands that the defendant will be arguing, <u>inter alia</u>, that his Sentencing Guidelines' range reflects an over-representation of his criminal history.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, AFPD Carlos Venegas, this 15th day of March 2006.

                                        _____/s/_____
                                        G. Michael Harvey
                                        Assistant United States Attorney