UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.05-215 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **WAYNE MORRIS,** | : | |
| defendant. | : | |

## ORDER

Upon consideration of the the government's Consent Motion for Extension of Time to File Sentencing Memorandum, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion be GRANTED; and it is

FURTHER ORDERED, that the government's response to the defendant's memorandum of law in aid of sentencing be filed by no later than April 10, 2006; and it is

FURTHER ORDERED, that the defendant's reply, if any, shall be filed by no later than April 17, 2006.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

AFPD Carlos Venegas
625 Indiana Avenue, N.W.
Washington, D.C.  20004