UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 05-215(EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE MORRIS | ) | |
| | ) | |

DEFENDANT'S MOTION TO CONTINUE
THE SENTENCING HEARING

Undersigned counsel, respectfully moves the Court to Continue the Sentencing Hearing which is scheduled for May 10, 2006.

In support of this Motion, undersigned counsel states:

1. Mr. Morris is before the Court pending his Sentencing Hearing. On November 15, 2005, Mr. Morris entered a guilty plea to one count of violating 18 U.S.C. § 922(g)(1). Sentencing was initially scheduled for April 20, 2006. The Court rescheduled the Sentencing Hearing for April 27, 2006 at 12:00 p.m.

2. The April 27th date was vacated because it conflicted with Assistant United States Attorney, G. Michael Harvey's schedule. Unfortunately, the new date of May 10, 2006 conflicts with undersigned counsel's leave schedule. Undersigned counsel will be out of the jurisdiction from May 5, 2006 through May 12, 2006.

3. After consulting with Courtroom Deputy Ms. Carol Votteler, she indicated that the Court is available to proceed to sentencing on Tuesday, May 16th at 11:00 a.m. That date and time are convenient for Mr. Harvey and undersigned counsel.

Wherefore, undersigned counsel respectfully requests that the Court reschedule the

sentencing hearing to the suggested time on Tuesday, May 16, 2006.

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER


                _____
                Carlos J. Vanegas
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Washington, D.C.  20004
                (202)  208-7500