UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 05-215(EGS) |
| ) | |
| v. ) | |
| ) | |
| WAYNE MORRIS ) | |

**PROPOSED ORDER**

Upon consideration of Defense Counsel's Motion to Continue the Sentencing Hearing, it is hereby

**ORDERED** that the motion is granted; and it is

**FURTHER ORDERED** that the Sentencing Hearing shall be rescheduled for Tuesday, May 16, 2006 at 11:00 A.M.

**SO ORDERED**

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

G. Michael Harvey
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Valencia Fletcher,
United States Probation Officer
333 Constitution Ave.