UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0215** |
| | : | |
| **v.** | : | |
| | : | |
| **WAYNE MORRIS** | : | |
|     **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney John Cummings at telephone number 202-514-7561 and/or email address John.Cummings@usdoj.gov  John Cummings will substitute for Assistant United States Attorney Michael Harvey as counsel for the United States.

                                                  Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                United States Attorney

---

John Cummings
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4838
Washington, DC 20530
202-514-7561