UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-215(EGS) |
| | : | |
| v. | : | SENTENCING: FEBRUARY 21, 2007 |
| | : | |
| WAYNE MORRIS | : | |

**SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

At the Court's request, the Government has contacted the Bureau of Prisons to ascertain their calculations regarding what credit, if any, the defendant will receive for the time he served on his local Superior Court charges while he was pending arraignment, and ultimately sentencing, on the current 18 U.S.C. § 922(g) charge. While the discussion regarding this issue centered on the impact of the defendant's sentence for Attempted Distribution of Marijuana in case number 2005FEL000819, the calculation of the defendant's credit for time served is also impacted by his sentence for Destruction of Property in case number 2004DVM001174. According to Mr. Andrew Roush, Correctional Program Specialist for the Bureau of Prisons, in the case before this Court the defendant will only receive credit for time served from November 29, 2006.

As Mr. Roush explained, when the defendant was arrested on February 11, 2005, inside of the Seaton Market, he was on probation for Destruction of Property in case number 2004DVM001174. In that case, the defendant had previously been sentenced to 180 days in jail, however, all 180 days were suspended pending successful completion of one year of probation. After his arrest on February 11, 2005, the defendant's probation in case number 2004DVM001174 was revoked on February 15, 2005, and he began to serve his 180 day sentence for Destruction of

Property. The defendant received credit for the four days he had already served as of February 15, 2005. The defendant completed serving the Destruction of Property sentence on August 11, 2005.

On June 30, 2005, while the defendant was still serving his sentence for Destruction of Property, Judge Christian sentenced the defendant in case number 2005FEL000819 to eighteen months of incarceration for the Attempted Distribution of Marijuana charge that stemmed from the defendant's arrest inside of the Seaton Market. Although the jacket entry indicated that the defendant was to get credit for time served, the defendant did not receive this credit because that time was being credited to his destruction of property sentence.[1] Accordingly, the defendant did not start to serve his eighteen month sentence in case number 2005FEL000819 until August 12, 2005, when the Destruction of Property sentence had been completed.

The defendant completed his eighteen-month sentence in case number 2005FEL000819 on November 28, 2006. Thus, according to Mr. Roush, because the defendant has received credit in his Destruction of Property and Attempted Distribution of Marijuana cases for the time that he served between February 11, 2005, and November 28, 2006, pursuant to 18 U.S.C. §3585, when the defendant is sentenced in this case he will only receive credit for time served dating

---

[1] Pursuant to §6.1 of the Superior Court of the District of Columbia Voluntarily Sentencing Guidelines, in order to comply with the voluntary guidelines, the defendant's sentence in the drug case would have to be served consecutively to his destruction of property sentence because the defendant was on probation for the destruction of property case at the time he committed the drug offense. Section 6.1 states:

> The following sentences must be imposed <u>consecutively</u>: . . . The sentence imposed for a new offense(s) committed while the defendant was under sentence must run consecutively to any sentence imposed as a result of revocation of probation, parole, or supervised release or to the sentence being served at the time the new offense was committed.

back to November 29, 2006. Mr. Roush stated that he could be reached at (972) 595-3030 if the Court had any further questions regarding this matter. The Bureau of Prisons maintains information regarding the defendant under his DCDC number, #287295.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610

By:    /s/
        John Cummings
        Assistant United States Attorney
        Federal Major Crimes Section, Maryland Bar
        555 4th Street, N.W. #4838
        Washington, D.C. 20001
        Phone: 514-7561